HANSON BRIDGETT LLP
BATYA F. SWENSON - 192396
bswenson@hansonbridgett.com
ADAM W. HOFMANN - 238476
ahofmann@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:	(415) 777-3200
Facsimile:	(415) 541-9366

Attorneys for Plaintiff FIRST REPUBLIC BANK,
A Division of Merrill Lynch Bank & Trust Co., FSB

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FIRST REPUBLIC BANK, A Division of Merrill Lynch Bank & Trust Co., FSB, a U.S. federal savings bank,<br><br>Plaintiff,<br><br>v.<br><br>THE END OF MUSIC, LLC, a California limited liability company, COURTNEY LOVE, an individual, and LAIRD NORTON TYEE TRUST COMPANY, a Washington corporation sued as trustee of the FRANCES BEAN COBAIN IRREVOCABLE TRUST,<br><br>Defendants. | No. CV 09-04483-PJH<br><br>**FIRST REPUBLIC BANK'S REQUEST FOR DISMISSAL OF ALL DEFENDANTS; [P<s>ROPOSED</s>] ORDER DISMISSING ALL DEFENDANTS**<br><br>Action Filed:   September 23, 2009<br>Trial Date:        TBD |

TO THE HONORABLE PHYLLIS J. HAMILTON AND THE CLERK OF THE UNITED

STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

///

///

///

- 1 -

REQUEST FOR DISMISSAL; [PROPOSED] ORDER OF DISMISSAL
CV 09-04483-PJH

2089112.1

Pursuant to the Settlement Agreement and Mutual Release (the "Agreement") entered into by all parties in and with regard to the above-captioned action, plaintiff First Republic Bank hereby requests this Court to enter an order dismissing the case against all defendants with prejudice. Except as otherwise required by the terms of the Agreement, each party will bear its own costs, expenses, and attorneys' fees.

DATED: November 3, 2009                                    HANSON BRIDGETT LLP

By:　　　　　／s／　　　　　
BATYA F. SWENSON
Attorneys for Plaintiff
FIRST REPUBLIC BANK, A Division of
Merrill Lynch Bank & Trust Co., FSB

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter is dismissed with prejudice as to all defendants; and

IT IS HEREBY FURTHER ORDERED THAT each party will bear its own costs, expenses, and attorneys' fees except as otherwise required by the terms of the parties' Settlement Agreement and Mutual Release.

DATED: November __6__, 2009

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 2 -

REQUEST FOR DISMISSAL; [PROPOSED] ORDER OF DISMISSAL
CV 09-04483-PJH

2089112.1